1  William C. Rooklidge (SBN 134483)
   Email: rooklidgew@howrey.com
2  Gregory S. Cordrey (SBN 190144)
   Email: cordreyg@howrey.com
3  Jesse D. Mulholland (SBN 222393)
   Email: mulhollandj@howrey.com
4  HOWREY LLP
   2020 Main Street, Suite 1000
5  Irvine, California 92614-8200
   Telephone:   949/721-6900
6  Facsimile:   949/721-6910

7  Attorneys for Plaintiffs
   THOMAS & BETTS INTERNATIONAL
8  THOMAS & BETTS CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS & BETTS INTERNATIONAL, INC. and THOMAS & BETTS CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>ORBIT INDUSTRIES, INC, and UNITED MANUFACTURING INDUSTRIES, INC.<br><br>Defendants, | Case No. CV06-3689 MMM (SSx)<br><br>Judge: Hon. Margaret M. Morrow<br><br>**[PROPOSED] JUDGMENT** |

The Court hereby orders, adjudges and decrees as follows:

1. Judgment is hereby entered in favor of Thomas & Betts International, Inc., and Thomas & Betts Corporation and against Orbit Industries, Inc., and United Manufacturing Industries, for infringement of U.S. Patent No. 5,004,199.

2. Orbit Industries, Inc., United Manufacturing Industries, Inc., and each of their officers, agents, servants, employees, and attorneys, and any and all other persons who are in active concert or participation with any of them, are hereby enjoined for the term of United States Patent No. 5,004,199 from importing, making, using, offering for sale, or selling any of the following: original MS series electrical boxes and redesigned MS series electrical boxes, including, but not limited to, product numbers 4SB-NM-MS, 4SB-MC-MS, 4SB-MKO-MS, 4SDB-MC-MS, 4SDB-MKO-MS, 5SDB-MKO-MS, and 5SDB-MC-MS, or any electrical boxes or other products not more than colorably different from either the original MS series electrical boxes or the redesigned MS series electrical boxes.

3. Both parties shall bear their own attorney fees and costs.

Dated:  March 18, 2008

_____
Hon. Margaret M. Morrow
United States District Judge

-1-  Case No. CV06-3689 MMM (SSx)
[PROPOSED] JUDGMENT

DM_US:21059904_1